UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RECEIPT FOR EXHIBITS - Addendum

UNITED STATES OF AMERICA

VS

CASE NUMBER:
1:16-CR-145-2, 4, 5, 12, 21, 39

ALONZO WALTON, *et al.*,

    DEFENDANTS.

GOVERNMENT EXHIBITS: 376-377 and 382

I acknowledge that on this date I have received the trial exhibits associated with the above-listed exhibit numbers for the trial held April 15, 2019 through May 16, 2019.

_____
Jacqui Etienne
Paralegal Specialist
U.S. Attorney's Office, NDGA

6/4/19
Date